UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA



WILLIAM LEE GRANT II
PLAINTIFF

V

OFFICE OF THE SECRETARY
OF DEFENSE,
MISSILE DEFENSE AGENCY,
STATE OF ILLINOIS, +
SPECIAL COLLECTION SERVICE
DEFENDANTS

FEDERAL QUESTION -
28 USC 1331

WHAT ARE THE RAMIFICATIONS OF THE DoD KEEPING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER THE THREAT OF MILITARY FORCE?

COMPLAINT

① DISTRICT OF ALASKA HAS JURISDICTION PURSUANT TO: 28 USC 1346(b)(1); 28 USC 1391(e)(1)(B); AND 28 USC 1331.

② MR. GRANT HAS A CLAIM UNDER U.S. CONST. AMEND IV, U.S. CONST. AMEND V; U.S. CONST. AMEND XIII; AND U.S. CONST. AMEND XIV.

③ THE U.S. DEPARTMENT OF JUSTICE WAIVED SOVEREIGN IMMUNITY BY REMOVING 16-CV-3245, 17-CV-3261, 19-CV-3001, AND 19-CV-3020 TO THE ILLINOIS CENTRAL DISTRICT FROM THE SEVENTH CIRCUIT OF ILLINOIS.

④ THE U.S. DEPARTMENT OF JUSTICE (DOJ) DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245, 17-CV-3261, AND 19-CV-3001.

⑤ THE ILLINOIS ATTORNEY GENERAL DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

①

(6) THE PRESIDENT OF THE UNITED STATES OF AMERICA (RONALD REAGAN) DIRECTED THE SECRETARY OF DEFENSE TO CREATE MR. GRANT TO PREDICT FUTURE NUCLEAR ATTACKS.

(7) THE OFFICE OF THE SECRETARY OF DEFENSE CREATED MR. GRANT IN THE BASEMENT OF THE PENTAGON IN 1990.

(8) THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

(9) THE OFFICE OF THE SECRETARY OF DEFENSE (SOD) "DROPPED-OFF" MR. GRANT IN SPRINGFIELD, ILLINOIS IN 1992 WITH DR. BILL GRANT AND ARMENTA JOHNSON TO BE: BEATEN; ENDURE PSYCHOLOGICAL WARFARE; AND TO BE THE U.S. DEPARTMENT OF DEFENSE'S WITNESS TO THE 9/11 TERRORIST ATTACKS.

(10) GREGORY K. HARRIS LEFT THE PENTAGON IN THE EARLY 1990's TO ILLEGALLY SURVEIL MR. GRANT THROUGH THE ILLINOIS CENTRAL DISTRICT U.S. ATTORNEY'S OFFICE.

(11) GREGORY K. HARRIS BRIBED MR. GRANT'S FAMILY, PEERS, TEACHERS, CO-WORKERS, AND SUPERVISORS TO REPORT THE WORDS AND ACTIONS OF MR. GRANT TO GREGORY K. HARRIS.

(12) GREGORY K. HARRIS DIRECTED MR. GRANT'S OPTOMETRIST TO GIVE MR. GRANT AN INCORRECT LENSE PRESCRIPTION TO DIMINISH MR. GRANT'S VISION.

(13) GREGORY K. HARRIS DIRECTED MR. GRANT'S ORTHODONTIST TO DRILL THE ENAMEL OFF MR. GRANT'S TEETH.

(14) WHEN MR. GRANT TURNED SEVENTEEN (17), MR. GRANT WAS FORCED TO STAB DR. GRANT, OR THE OFFICE OF THE SECRETARY OF DEFENSE WOULD HAVE SENT SOMEONE TO KILL DR. GRANT.

(15) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

16) IN 2009, THE ILLINOIS STATE POLICE (ISP), U.S. DEPARTMENT OF DEFENSE (DoD), AND GREGORY K. HARRIS "SET-UP" MR. GRANT FOR A DRIVING UNDER THE INFLUENCE (DUI) CHARGE TO "STRIP" MR. GRANT OF HIS DRIVER'S LICENSE.

17) ISP TROOPER TYLER PRICE "STOPPED" MR. GRANT IN 2009 FOR AN ALLEGED IMPROPER LANE CHANGE.

18) ISP TROOPER TYLER PRICE FAILED TO MIRANDIZE MR. GRANT, AND FAILED TO OBTAIN A WARRANT TO DRAW MR. GRANT'S BLOOD.

19) ISP TROOPER TYLER PRICE ISSUED MR. GRANT MULTIPLE DUI TICKETS STEMMING FROM ONE TRAFFIC STOP IN 2009.

20) THE SANGAMON COUNTY STATE'S ATTORNEY'S OFFICE FILED MULTIPLE DUI CASES STEMMING FROM ONE 2009 TRAFFIC STOP AGAINST MR. GRANT.

21) GREGORY K. HARRIS UNDERMINED MR. GRANT'S LEGAL DEFENSE BY COLLUDING WITH MR. GRANT'S LAWYERS.

22) MR. GRANT WAS SOBER.

23) MR. GRANT WAS FORCED TO "ACT GAY" FOR MORE THAN SEVEN (7) YEARS, OR THE DoD WOULD HAVE SENT SOMEONE TO RAPE MR. GRANT.

24) MR. GRANT WAS FORCED TO "ACT GAY" FROM DECEMBER 9, 2008 UNTIL 2016.

25) MR. GRANT WAS HIRED BY THE STATE OF ILLINOIS TO GIVE CAUSE FOR THE ILLINOIS ATTORNEY GENERAL TO APPEAR IN COURT.

26) DEIRDRE 'D.K.' HIRNER MADE AN AGREEMENT WITH THE DoD IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

27) ANN L. SCHNEIDER MADE AN AGREEMENT WITH THE DoD IN THE EARLY 1990's TO HIRE MR. GRANT IN THE FUTURE.

28) D.K. HIRNER (CHIEF OF STAFF) HIRED MR. GRANT IN 2011 AS A POLICY ANALYST IN THE OFFICE OF THE ILLINOIS LIEUTENANT GOVERNOR.

29) ANN L. SCHNEIDER (SECRETARY OF THE ILLINOIS DEPARTMENT OF TRANSPORTATION (IDOT)) HIRED MR. GRANT IN 2012 AS A STAFF ASSISTANT WITH THE IDOT.

30) MR. GRANT WAS RETALIATED AGAINST FOR FILING A CIVIL RIGHTS COMPLAINT AND AN ETHICS COMPLAINT WITH THE STATE OF ILLINOIS IN 2012.

31) MR. GRANT ENDURED A HOSTILE WORK ENVIRONMENT, WORK PRODUCTS BEING SABOTAGED, GEOGRAPHIC TRANSFER, A PROMOTION BEING REVOKED, NEGATIVE PERFORMANCE EVALUATIONS, SLANDER, AND BEING ASSIGNED JOB TASKS BELOW MR. GRANT'S PAY GRADE.

32) IN 2014, MR. GRANT TRANSFERRED FROM THE IDOT TO THE ILLINOIS GOVERNOR'S OFFICE. THE ILLINOIS GOVERNOR'S OFFICE FAILED TO ADD MR. GRANT TO PAYROLL.

33) IN 2015, MR. GRANT WAS WRONGFULLY DENIED FEDERAL UNEMPLOYMENT BENEFITS BY THE ILLINOIS DEPARTMENT OF EMPLOYMENT SECURITY.

34) IN 2015, MR. GRANT FOUND HIMSELF BLACKLISTED. ~~THE DoD STOLE NEAR~~

35) ALAN D. BRENTS AND LARISSA M. YOUNG SEXUALLY ASSAULTED MR. GRANT IN 2003 AT THE DIRECTION OF GREGORY K. HARRIS.

36) THOMAS W. COATS AND JUSTIN CAJINDOS SEXUALLY ASSAULTED MR. GRANT IN 2014 AT THE DIRECTION OF GREGORY K. HARRIS.

37) ~~THE D.D.~~ THE DoD STOLE NEARLY THIRTY (30) YEARS OF MR. GRANT'S LIFE TO BRING THIS ACTION.

38) DONALD RUMSFELD GAVE A STAND DOWN ORDER ON 9/11 WITH THE CONSENT OF BUSH AND CHENEY.

39) DICK CHENEY LOBBIED FOR THE INVASION OF IRAQ TO GENERATE PROFIT FOR HALLIBURTON.

40) DICK CHENEY MADE $100 MILLION FROM HIS HALLIBURTON STOCK DUE TO THE INVASION OF IRAQ.

4

41. HILLARY RODHAM CLINTON KILLED VINCE FOSTER, WHITE HOUSE COUNSEL UNDER BILL CLINTON.

42. HILLARY RODHAM CLINTON LOBBIED FOR THE 1994 CRIME BILL IN EXCHANGE FOR FUTURE CAMPAIGN CONTRIBUTIONS FROM THE PRIVATE PRISON INDUSTRY.

43. HILLARY RODHAM CLINTON RECEIVED THE CAMPAIGN CONTRIBUTIONS DURING THE 2016 PRESIDENTIAL GENERAL ELECTION.

44. HILLARY RODHAM CLINTON SENT AMBASSADOR J. CHRISTOPHER STEVENS TO BENGHAZI, LIBYA AS A SUICIDE MISSION TO PREVENT THE AMBASSADOR FROM RELEASING A REPORT ADVOCATING THE DIVERSION OF FUNDS FROM IRAN TO LIBYA.

45. BILL CLINTON FIRED FEDERAL BUREAU OF INVESTIGATION DIRECTOR WILLIAM S. SESSIONS TO CONCEAL THE MURDER OF WHITE HOUSE COUNSEL VINCE FOSTER.

46. BILL CLINTON IS A SERIAL RAPIST.

47. BRUCE RAUNER BRIBED RAHM EMANUEL TO HIDE NATIONAL SECURITY REPORTS WHILE RAHM EMANUEL WORKED IN THE CLINTON WHITE HOUSE.

48. BRUCE RAUNER ASSISTED RAHM EMANUEL IN MAKING $14 MILLION IN THREE YEARS, UPON LEAVING THE CLINTON WHITE HOUSE. BRUCE RAUNER WENT ON TO MAKE HUNDREDS OF MILLIONS OF DOLLARS THROUGH DoD INFORMATION TECHNOLOGY CONTRACTS.

49. RICHARD M. DALEY KILLED CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

50. RICHARD M. DALEY'S SALE OF CHICAGO'S PARKING METERS IS FRAUD.

51. RICHARD M. DALEY SANCTIONED THE TORTURING OF AFRICAN-AMERICANS IN CHICAGO, ILLINOIS AS COOK COUNTY (ILLINOIS) STATE'S ATTORNEY;



52) JAMES R. THOMPSON ASSISTED RICHARD M. DALEY CONCEAL THE MURDER OF CHICAGO MAYOR HAROLD LEE WASHINGTON AND BERNARD EPTON.

53) JAMES R. THOMPSON FAILED TO PROSECUTE RICHARD J. DALEY FOR PUBLIC CORRUPTION IN EXCHANGE FOR RICHARD J. DALEY SUPPRESSING THE DEMOCRATIC VOTE TO ALLOW JAMES R. THOMPSON TO WIN THE ILLINOIS GUBERNATORIAL ELECTION AS A REPUBLICAN.

54) PHILIP MOUNTBATTEN ORDERED THE ASSASSINATION OF DIANA, PRINCESS OF WALES. THE BRITS NEED LOOK AT MI5.

55) THE HOUSE OF SAUD WAS COMPLICIT IN THE 9/11 TERRORIST ATTACKS.

56) CHRIS CHRISTIE WAS COMPLICIT IN THE FORT LEE LANE CLOSURE (BRIDGEGATE).

57) LOUIS FARRAKHAN KILLED MALCOLM X.

58) MARION "SUGE" KNIGHT JR. KILLED CHRISTOPHER "BIGGIE SMALLS" WALLACE.

59) SUGE KNIGHT BRIBED THE LOS ANGELES POLICE DEPARTMENT TO CONCEAL SUGE KNIGHT'S ROLE IN THE MURDER OF BIGGIE SMALLS.

60) THE CENTRAL INTELLIGENCE AGENCY (CIA) KILLED JOHN F. KENNEDY.



E. HOWARD HUNT'S 2003 CONFESSION IS VALID. HUNT'S BODY WAS FAILING, BUT HIS MIND WAS SOUND.



61) THE CIA ORCHESTRATED THE ARAB SPRING.

62) THE CIA TRIANGULATED AGAINST THE DOD TO USE THE DOD TO FULFILL THE CIA's MANDATE TO CONTAIN COMMUNISM IN SOUTHEAST ASIA.



63) HENRY KISSINGER IS A WAR CRIMINAL FOR HIS ROLE IN THE VIETNAM WAR, LAMBODIA, CHILE, AND ARGENTINA. (SLAUGHTER + CHEMICAL WEAPONS) (PINOCHET) (JUAN PERON)

64) ANITA ALVAREZ (COOK COUNTY (ILLINOIS) STATE's ATTORNEY ENTERED INTO A CONSPIRACY TO ALLOW CHICAGO COPS TO SHOOT BLACK PEOPLE FOR SPORT WITHOUT FEAR OF CRIMINAL PROSECUTION.

65) GREGORY K. HARRIS RECRUITED (THEN ILCD U.S. ATTORNEY) RODGER A. HEATON TO ILLEGALLY SURVEIL MR. GRANT, AND CONSPIRE AGAINST MR. GRANT.

66) GREGORY K. HARRIS RECRUITED NIVEESHA HILL TO ILLEGALLY SURVEIL MR. GRANT.

67) THE ILLINOIS CENTRAL DISTRICT HAS NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii); OR
28 USC 1915(e)(2)(B)(iii).



68. OPERATION: HOMETOWN GLORY IS A SPECIAL COLLECTION SERVICE (U.S. DEPARTMENT OF DEFENSE) HUMAN INTELLIGENCE DOMESTIC BLACK OPERATION RUN UNDER THE BANNER OF THE U.S. DEPARTMENT OF JUSTICE.

69. THE SPECIAL COLLECTION SERVICE IS A "JOINT" NATIONAL SECURITY AGENCY (NSA) AND CIA PROGRAM.

70. THE CIA IS LIABLE FOR THE ACTIONS OF THE SPECIAL COLLECTION SERVICE.

71. THE FUNDS TO CREATE MR. GRANT CAME FROM THE STRATEGIC DEFENSE INITIATIVE (MISSILE DEFENSE AGENCY).

72. THE MISSILE DEFENSE AGENCY IS LOCATED IN FORT GREELY, ALASKA.

73. THE OFFICE OF THE SECRETARY OF DEFENSE HAS COMMAND AUTHORITY OF THE MISSILE DEFENSE AGENCY, AND THE SPECIAL COLLECTION SERVICE.

74. THE STATE OF ILLINOIS WAS COMPLICIT IN ASSISTING THE DOD KEEPING MR. GRANT IN ILLINOIS FOR NEARLY THIRTY (30) YEARS UNDER

75. THE NSA IS LOCATED IN ANCHORAGE, ALASKA.

76. THE ILLINOIS ATTORNEY GENERAL AND DOJ DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 16-CV-3245 AND 17-CV-3261.

77. THE DOJ DEFAULTED AND FAILED TO DENY MR. GRANT'S ALLEGATIONS IN 19-CV-3001.



(78) RES JUDICATA IS NOT APPLICABLE. THE ILLINOIS ATTORNEY GENERAL AND DOJ HAVE NOT FILED ANSWERS TO MR. GRANT'S ALLEGATIONS.

(79) THE ILLINOIS CENTRAL DISTRICT FAILED TO ENTER DEFAULT JUDGMENT AGAINST THE ILLINOIS ATTORNEY GENERAL AND DOJ IN 16-CV-3245 AND 17-CV-3261.

(80) THE ILCD FAILED TO ENTER DEFAULT JUDGMENT AGAINST THE DOJ IN 19-CV-3001 AND 19-CV-3020.

(81) THE SOUTHERN DISTRICT OF TEXAS FAILED TO SERVE SUMMONS IN 18-CV-1947.



(82) WITNESSES IN SUPPORT OF MR. GRANT'S ALLEGATIONS

MICHAEL J. MADIGAN
JESSE WHITE
EMIL JONES
PATRICIA DAWSON
BARACK H. OBAMA

(82) MR. GRANT SEEKS $99 TRILLION IN DAMAGES.

(83) EASTERN DISTRICT OF VIRGINIA JUDGES: LEONIE M. BRINKEMA (18-CV-449); ANTHONY J. TRENGA (18-CV-543); ROBERT E. PAYNE (18-CV-369); AND LIAM O'GRADY (18-CV-1328) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).



84) O.J. SIMPSON IS GUILTY OF THE MURDER OF NICOLE BROWN-SIMPSON AND RONALD GOLDMAN.

85) DISTRICT OF COLUMBIA JUDGES: TANYA S. CHUTKAN (17-CV-1434); CHRISTOPHER R. COOPER (18-CV-1804); RUDOLPH CONTRERAS (18-CV-1805 + 18-CV-1806); AND JAMES E. BOASBERG (18-CV-1162) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

86) ILLINOIS NORTHERN DISTRICT JUDGE VIRGINIA M. KENDALL (17-CV-7902) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

87) ILLINOIS SOUTHERN DISTRICT JUDGES: MICHAEL J. REAGAN (17-CV-1257); NANCY J. ROSENSTENGEL ~~(18-CV-3197)~~ AND (18-CV-806); AND STACI M. YANDLE (19-CV-332) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

88) DISTRICT OF MARYLAND JUDGES: GEORGE L. RUSSELL III (18-CV-1327 + 19-CV-2265) AND PAULA XINIS (18-CV-1705) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

89) DISTRICT OF NEBRASKA JUDGE RICHARD G. KOPF (18-CV-246 + 18-CV-247) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

90. SOUTHERN DISTRICT OF TEXAS JUDGES: KEITH P. ELLISON (18-CV-1947 + 19-CV-2024) AND ANDREW S. HANEN (19-MC-1677) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE:
28 USC 1915(e)(2)(B)(i);
28 USC 1915(e)(2)(B)(ii);
OR
28 USC 1915(e)(2)(B)(iii).

91. THOMAS W. COATS HAS A SMALL PENIS. TOM HOPPER DOES NOT.

92. SHAWN CARTER IS THE BEST BIG BROTHER A KID COULD ASK FOR.

93. STEVE JOBS HAS A LARGE PENIS. STEVE JOBS HAS AN ASHTON KUTCHER SIZE PENIS.

94. TONY BLAIR SAID, "ENGLAND'S NOT DOWN. IT'S IN. ENGLAND IS NEVER DOWN."

95. ADELE IS THE BEST.

96. FREDDIE STROMA IS THE SAME SIZE AS TOM HOPPER.

97. EIGHTEEN DISTRICT COURTS HAVE NOT FOUND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

98. THE ILLINOIS ATTORNEY GENERAL DID NOT FIND MR. GRANT'S ALLEGATIONS IN THE ILLINOIS COURT OF CLAIMS (18CC1057 + 18CC0946).

99. THE ILLINOIS ATTORNEY GENERAL FAILED TO DENY MR. GRANT'S ALLEGATIONS IN THE SEVENTH CIRCUIT OF ILLINOIS (17-MR-754).

100. COURTNEY LOVE KILLED KURT COBAIN.

(101) THOMAS W. COATS HAS A SMALL PENIS.

(102) ALAN D. BRENTS IS THE WORST BROTHER THE PENTAGON COULD FIND MR. GRANT

(103) EARLINE CHRISTIAN (MR. GRANT'S GRANDMOTHER) WAS A REAL B*TCH.

(104) WHEN YOU SEE SALLY RIDE, IT STANDS FOR: "RIDE, MISTRESS, RIDE."

(105) D.K. HIRNER IS THE MISTRESS.

(106) U.S. COURT OF FEDERAL CLAIMS JUDGES: PATRICIA E. CAMPBELL-SMITH (16-1621C) AND LOREN A. SMITH (17-1785C + 18-1687) DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(107) THE ILND, ILCD, ILSD, CDCA, WDTX, NDTX, EDTX, MARYLAND, NEBRASKA, NORTHERN MARIANA ISLANDS, EDNC, NDGA, MDFL, EDNY, G.F.C., FED. CIR., WDVA, AND NDWV DID NOT FIND MR. GRANT'S ALLEGATIONS TO BE: 28 USC 1915(e)(2)(B)(i); 28 USC 1915(e)(2)(B)(ii); OR 28 USC 1915(e)(2)(B)(iii).

(108) THOMAS W. COATS HAS A SMALL PENIS.

William Lee Grant II 9/8/2019

William Lee Grant II
901 Wythe Road
Springfield, IL 62702
(217) 726-5269

MAURA TIERNEY

(12)